MORRIS B. CHAPMAN AND ASSOCIATES, LTD., Plaintiff-Appellant and Cross-Appellee, v. JOHN KITZMAN *et al.*, Defendants-Appellees and Cross-Appellants.

Fifth District    No. 5—97—1005

Opinion filed February 2, 1999.

*Morris B. Chapman & Assoc., Ltd. v. Kitman*, No. 5—97—1005, filed February 2, 1999, was withdrawn. The new opinion may be found at 307 Ill. App. 3d 92.